**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Derrick Tyrone HATFIELD,**
**Defendant–Appellant.**

No. 13–6763.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 24, 2013.

Decided: Oct. 2, 2013.

Derrick Tyrone Hatfield, Appellant Pro Se. Lisa Blue Boggs, Robert Michael Hamilton, Assistant United States Attorneys, Greensboro, North Carolina, for Appellee.

Before WILKINSON and DAVIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Derrick Tyrone Hatfield appeals the district court's order denying his 18 U.S.C.

§ 3582(c)(2) (2006) motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Hatfield,* No. 1:99–cr00068–WO–1 (M.D.N.C. Jan. 24, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*